# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 235 WAL 2014
:
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
DURAN ANTHONY THOMAS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.